<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1370**

———————

In Re:  STUART HILL; In Re:  VICKI HILL,

Debtors.

————————————————

STUART HILL; VICKI HILL,

Plaintiffs - Appellants,

versus

STATE   OF   MARYLAND,   (O.A.G.)   Consumer
Protection Division,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
01-692-CCB, AP-99-5579-JS)

———————

Submitted:  August 29, 2002      Decided:  September 4, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Stuart Hill, Vicki Hill, Appellants Pro Se. Philip David Ziperman, Assistant Attorney General, Steven M. Sakamoto-Wengel, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stuart Hill and Vicki Hill appeal from the district court's order affirming the bankruptcy court's orders finding that the claim of the Maryland Consumer Protection Division is nondischargeable and dismissing the Hills' counterclaims. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. In re: Hill, No. CA-01-692-CCB (D. Md. Feb. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED